# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX    (212) 764-3701

October 6, 2021

**BY ECF**

Honorable James L. Cott  
United States Magistrate Judge  
Southern District of New York  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

**APPLICATION GRANTED**

/s/ Katharine H. Parker  
Hon. Katharine H. Parker, U.S.M.J.  
10/07/2021

Re:   *United States v. Sergei Polevikov*, 21 Mag. 9162

Dear Judge Cott:

We represent the defendant, Sergei Polevikov, in the above-captioned case. On September 23, 2021, Mr. Polevikov was presented before the Court and released on a personal recognizance bond to be secured by $1.5 million in cash or property, with the outstanding conditions of release to be met by October 7, 2021.

At the presentment Mr. Polevikov was represented, for purposes of presentment only, by CJA counsel. He has recently retained our firm to represent him. Because we are new to the case, we respectfully request an extension until October 14 to satisfy the bond conditions.

AUSA Kiersten Fletcher has informed us that the government has no objection to the requested extension.

Respectfully Submitted,

/s/ Michael Gerber  
Michael Gerber  
Jeannie Rose Rubin

cc:   Kiersten Fletcher, Esq. (by ECF)